

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2018

No. 04-17-00637-CV

**MELLENBRUCH FAMILY PARTNERSHIP, LP**,
Appellant

v.

Annette Louise Klattenhoff **KENNEMER**, Naomi Klattenhoff Peters, William Young, Carolyn Young, Carla Schreiber & Carl W. Matteck,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 16-03-00029-CVL
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

Appellees' unopposed second motion for extension of time to file their brief is granted. We order the appellees' brief due March 2, 2018. Appellees are advised that no further extensions of time will be granted absent a timely motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2018.

KEITH E. HOTTLE,
Clerk of Court